# *USERY & ASSOCIATES*

Todd J. Coulter, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Tel.: (917) 778-6680
Fax: (844) 571-3789

Direct Dial: (917) 778-6119
E-Mail: tcoulter@travelers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 7/15/2026

July 14, 2026

**MEMORANDUM ENDORSED**

**Via ECF**
Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York

Re: *The Phoenix Insurance Company v. Peleus Insurance Company*
Case No. 1:26-CV-03875

Dear Judge Woods:

I represent The Phoenix Insurance Company ("Travelers"), Plaintiff in the above-referenced action. I write jointly with counsel for Defendant Peleus Insurance Company ("Peleus") pursuant to Local Rule 2(D) to provide the Court with an update and request to adjourn the Initial Pretrial Conference currently scheduled for July 21, 2026.

Travelers is still attempting to perfect service of process on Peleus. Travelers has attempted service both to Peleus' physical address in Texas via certified mail (see Texas Rules of Civil Procedure, Rule 106) as well as through the Department of Financial Services for the State of New York. Given that service has yet to be perfected, the parties respectfully ask that the Initial Pretrial Conference be adjourned for an additional 21 days to August 11, 2026, or other such time the Court deems proper.

Respectfully submitted,

/s/ Todd J. Coulter
Todd J. Coulter

Application granted. The parties' July 14, 2026 request to adjourn the initial pretrial conference, Dkt. No. 9, is granted. The initial pretrial conference scheduled for July 21, 2026 is adjourned to August 27, 2026 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's May 12, 2026 order are due no later than August 20, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.
Dated: July 15, 2026
New York, New York

GREGORY H. WOODS
United States District Judge